UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TORRI DURDEN,

        Plaintiff,                             No. 20-12974

v.                                    District Judge George Caram Steeh
                                       Magistrate Judge R. Steven Whalen

SARAH, RN.,

        Defendant.

_____/

**ORDER DENYING APPOINTMENT OF COUNSEL**

Plaintiff, a *pro se* prison inmate in this civil rights action brought under 42 U.S.C.

§1983, has filed a  motion for appointment of counsel [Docket #13].

Unlike criminal cases, there is no constitutional or statutory right to the

appointment of counsel in civil cases.  Rather, the Court requests members of the bar to

assist in  appropriate cases.  In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993),

the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a

constitutional right.  It is a privilege that is justified only by exceptional circumstances."

(Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil

rights Plaintiffs until after motions to dismiss or motions for summary judgment have

been denied.  At this point, Plaintiff's motion to appoint counsel is premature.  If

Plaintiff's claims ultimately survive  dispositive motions, he may renew his motion for

appointment of counsel at that time.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for appointment of counsel [Docket #13] is **DENIED WITHOUT PREJUDICE**.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2021

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 22, 2021, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen